IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| CHATTAHOOCHE SHOALS INVESTMENT GROUP, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 119-033 |
| SAMUEL D. JACKSON AND ALL OTHER OCCUPANTS,[1] | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Magistrate Court of Richmond County, State of Georgia, Case Number 916702, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 12th day of April, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to update the docket in accordance with the caption of this Order, which is consistent with the Notice, and Amended Notice, of Removal. (Doc. nos. 1, 6.)